*Lawrence Watson*, pro se.

LAWRENCE WATSON *vs.* POLICE DEPARTMENT OF BOSTON. October 30, 2009. *Supreme Judicial Court*, Appeal from order of single justice, Superintendence of inferior courts. *Practice, Civil*, Costs, Waiver.

Lawrence Watson appeals from a judgment of a single justice of this court denying his petition for relief under G. L. c. 211, § 3. Watson commenced an action in the Superior Court, purportedly against the police department of Boston,[1] and submitted a request for waiver, substitution, or State payment of normal costs and fees under G. L. c. 261, § 27C. A judge in the Superior Court waived such costs and fees in part and directed Watson to pay a reduced filing fee. Watson appealed pursuant to G. L. c. 261, § 27D. A single justice of the Appeals Court affirmed the decision. Watson's petition in the county court followed.

The single justice of this court properly denied relief. "General Laws

---

[1]The police department of Boston maintains, among other things, that it is not an independent entity that is subject to suit.

c. 261, § 27D, 'plainly states that the decision of the single justice of the Appeals Court [reviewing a judge's denial of funds] "shall be final with respect to such request." ' " *Ballard* v. *Commonwealth*, 450 Mass. 1013, 1014 (2007), quoting *Hurley* v. *Superior Court Dep't of the Trial Court*, 424 Mass. 1008, 1009 (1997). Watson "sought and received such review, and he is not entitled to anything further." *Ballard* v. *Commonwealth*, *supra*. "Rarely should we employ our superintendence power to review rulings in matters in which the Legislature has expressly stated that the decision of another court or judge 'shall be final.' . . . The single justice did not err or abuse [her] discretion in declining to exercise the power in this case" (citation omitted). *Hurley* v. *Superior Court Dep't of the Trial Court*, *supra*.

*Judgment affirmed.*

*Lawrence Watson*, pro se.

*Dawn M. Beauchesne*, Assistant Corporation Counsel, for the defendant, was present but did not argue.